MAY WESSEL, Respondent, *v.* ALBERT J. SCHWARZLER, Appellant.

*Wessel* v. *Schwarzler*, 162 App. Div. 909, affirmed.
(Argued December 15, 1915; decided January 4, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 11, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of promise to marry.

*Max D. Steuer* and *Edward J. Krug, Jr.,* for appellant.

*Theodore B. Richter, Julius Henry Cohen* and *Rosalie Loew Whitney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.